Charles WIGGINS, Petitioner-Appellant,

v.

S. Lamont SMITH, Warden, Georgia State Prison, Respondent-Appellee.

No. 72-1026.

United States Court of Appeals,
Fifth Circuit.

Oct. 4, 1972.

Wayne McCormack, Asst. Professor of Law, University of Georgia, Athens, Ga., for petitioner-appellant.

1. Reamer Industries, Inc. v. McQuay, Inc., 344 F.Supp. 540 (D.C.S.C.1971).

1. "The writ of habeas corpus should issue as to the three life sentences presently being served by Petitioner-Appellant Char-

Arthur K. Bolton, Atty. Gen., Harold N. Hill, Jr., Courtney Wilder Stanton, Dorothy T. Beasley, Atlanta, Ga., Daniel King, for respondent-appellee.

Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.

On Rehearing

PER CURIAM:

Pursuant to a confession of error made by respondent-appellee,[1] the order of the district court is vacated in its entirety and the cause is remanded to the district court for reconsideration of all of appellant's contentions in light of the confession of error.

Vacated and remanded.

les Wiggins, since the sentences rest upon an adjudication by a State superior court without jurisdiction over the subject matter." Brief of respondent-appellee at page 6.